JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave. Suite 109
Las Vegas, Nevada 89104
Tel:   (702) 430-6896
Fax:   (702) 727-3903
jgronich@gronichlaw.com
*Attorney for Plaintiff Louis Lepera*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS LEPERA an individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA;<br><br>Defendant. | Case No. 2:22-cv-01699-RFB-BNW<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

COMES NOW Plaintiff Louis Lepera and Defendant University Medical Center of Southern Nevada, by and through their respective attorneys of record, and hereby stipulate as follows:

Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") against Defendant on November 10, 2021. That charge included claims for age discrimination, sexual harassment, disability discrimination, and retaliation. On or about June 10, 2022, the EEOC issued Plaintiff a notice that his charge had been forwarded to the U.S. Department of Justice for Action, but that any claim under the Age Discrimination in Employment Act must be brought within 90 days of that notice. Plaintiff filed his Complaint within that 90 days alleging claims for age discrimination and defamation. Plaintiff also alleged facts within that complaint related to his claims for sexual harassment, disability discrimination, and retaliation. He reserved a third, fourth, and fifth claim to be brought when he received his Right to Sue from the

department of Justice.

Plaintiff has still not received that Right to Sue, however discovery has already commenced in this case on Plaintiff's other claims. The Parties recognize that while Plaintiff's third, fourth, and fifth claims are not technically ripe until he received the Right to Sue, for purposes of litigation efficiency, the parties stipulate to amend the complaint now so that they can conduct discovery into the claims all at once. A copy of the proposed First Amended Complaint is attached hereto as Exhibit A.

Should Plaintiff not receive his Right to Sue by the time the Discovery period has closed, the Parties reserve their rights to request additional relief (e.g., request to stay the trial) until such time as that letter has been issued.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated: February 28, 2023

By:   /s/ Jeffrey Gronich, Esq.
Jeffrey Gronich, Esq. (#13136)
JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
1810 E. Sahara Ave, Suite 109
Las Vegas, NV 89104

*Attorneys for Plaintiff Louis Lepera*

Dated: February 28, 2023

   /s/ F. Thomas Edwards, Esq.
F. Thomas Edwards, Esq. (#9549)
John J. Pictum, III, Esq. (#15979)
HOLLEY DRIGGS
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Defendant University Medical Center of Southern Nevada*

**IT IS SO ORDERED**

Dated this ____ day of _____, 2023

_____
UNITED STATES JUDGE