1  F. Thomas Edwards, Esq.
   Nevada Bar No. 9549
2  E-mail: tedwards.com
   John J. Pictum III, Esq.
3  Nevada Bar No. 15979
   E-mail: jpictum@nevadafirm.com
4  **HOLLEY DRIGGS**
   300 South Fourth Street, Suite 1600
5  Las Vegas, Nevada 89101
   Telephone:    702/791-0308
6  Attorney for Plaintiff, Courtney Motley

7
                    **UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA**
8

9  LOUIS LEPERA an individual;                      Case No. 2:22-cv-01699-RFB-BNW

10                Plaintiff,
                                                    **STIPULATION AND ORDER TO CONTINUE**
11      v.                                          **HEARING DATE ON DEFENDANTS' MOTION**
                                                    **FOR SUMMARY JUDGMENT**
12 UNIVERSITY MEDICAL CENTER OF
   SOUTHERN NEVADA;                                 **(FIRST REQUEST)**
13
                  Defendants.
14

15

16      Plaintiff, Louis Lepera (hereinafter "Plaintiff"), and Defendant, University Medical Center

17 of Southern Nevada ("Defendant"), by and through their respective attorneys of record, hereby

18 submit this Stipulation and Order to Continue the Hearing Date For Defendants' Motion For

19 Summary Judgment. This Stipulation is brought in compliance with LR 26-3.

20      1.    On December 6, 2023, the Court ordered a hearing to be set on January 5, 2024, at

21 11:30 a.m. on Defendants' Motion for Summary Judgment. *See* ECF No. 29.

22      2.    Due to scheduling conflicts, both parties respectfully request that the Court

23 continue the hearing to January 17, 2024, or the week of January 29-February 2, 2024, or any time

24 thereafter.

25      The parties to this action are not making this request for the purpose of unduly delaying

26 the trial in this matter. This is the first stipulation to continue the hearing date.

27

28

12384-09                                    - 1 –

| | |
|---|---|
| Dated this 12th day of December, 2023. | Dated this 12th day of December, 2023. |
| **HOLLEY DRIGGS** | **JEFFREY GRONICH, P.C.** |
| */s/ John J. Pictum III* | */s/ Jeffrey Gronich* |
| F. Thomas Edwards, Esq. | Jeffrey Gronich, Esq. |
| Nevada Bar No. 9549 | Nevada Bar No. 13136 |
| John J. Pictum III, Esq. | 1810 E. Sahara Ave., Ste. 109 |
| Nevada Bar No. 15979 | Las Vegas, Nevada 89104 |
| 300 South Fourth Street, Suite 1600 | |
| Las Vegas, Nevada 89101 | |

## ORDER

**IT IS SO ORDERED** that the hearing currently set for January 5, 2024, is hereby vacated.

**IT IS FURTHER ORDERED** that a hearing on Defendants' Motion for Summary Judgment is set for February 8th, 2024 at 12:15 p.m. in LV Courtroom 7C.

Dated this 13th day of December, 2023

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 –

12384-09