|   |   |
|---|---|
| 1 | F. Thomas Edwards, Esq. |
|   | Nevada Bar No. 9549 |
| 2 | E-mail: tedwards@nevadafirm.com |
|   | John J. Pictum III, Esq. |
| 3 | Nevada Bar No. 15979 |
|   | E-mail: jpictum@nevadafirm.com |
| 4 | **HOLLEY DRIGGS** |
|   | 300 South Fourth Street, Suite 1600 |
| 5 | Las Vegas, Nevada 89101 |
|   | Telephone: 702/791-0308 |
| 6 | Facsimile:  702/791/1912 |

*Attorney(s) for Defendant,*
*University Medical Center of Southern Nevada*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| Louis Lepera, an individual, | Case No.: 2:22-cv-01699-RFB-BNW |
|---|---|
| Plaintiff, | **STIPULATION & ORDER TO DISMISS WITH PREJUDICE** |
| v. |  |
| University Medical Center of Southern Nevada, |  |
| Defendant. |  |

IT IS HEREBY STIPULATED by Plaintiff Louis Lepera ("***Plaintiff***"), by and through his attorney of record, Jeffrey Gronich, Esq., of the law firm Jeffrey Gronich, Attorney at Law P.C., and Defendant University Medical Center of Southern Nevada ("***UMC***"), by and through its attorneys of record, F. Thomas Edwards, Esq., and John J. Pictum III, Esq. of the law firm of Holley Driggs,

///

///

///

///

///

///

///

- 1 -

that the above-entitled matter be dismissed with prejudice, each party to bear their own attorney fees and costs.

**IT IS SO STIPULATED:**

| Dated: April 22, 2024 | Dated:  April 22, 2024 |
|---|---|
| **HOLLEY DRIGGS** | **JEFFREY GRONICH, ATTORNEY AT LAW, P.C.** |
| */s/ F. Thomas Edwards* | */s/ Jeffrey Gronich* |
| F. Thomas Edwards, Esq. (NBN 9549) | Jeffrey Gronich, Esq. (NBN 13136) |
| John J. Pictum III Esq. (NBN 15979) | 5510 S. Fort Apache Rd., Suite 121 |
| 300 South Fourth Street, Suite 1600 | Las Vegas, NV 89148 |
| Las Vegas, Nevada 89101 | Email: jgronich@gronichlaw.com |
| E-mail: tedwards@nevadafirm.com | 702-727-3903 |
| E-mail: jpictum@nevadafirm.com | *Attorney for Plaintiff* |
| *Attorneys for Defendant* | |

### ORDER

Based upon the Stipulation of the parties and good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled action is hereby dismissed, with prejudice, and each party to bear their own respective attorney fees and costs herein.

**IT IS SO ORDERED**.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Dated: April 23, 2024.

Respectfully submitted by:

**HOLLEY DRIGGS**

*/s/ F. Thomas Edwards*
F. Thomas Edwards, Esq. (NBN 9549)
John J. Pictum III Esq. (NBN 15979)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*